UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD SAVOY,<br><br>       Plaintiff,<br><br>-against-<br><br>BOSTON PRIVATE FINANCIAL HOLDINGS INC., ANTHONY DECHELLIS, STEPHEN M. WATERS, MARK F. FURLONG, JOSEPH C. GUYAUX, DEBORAH F. KUENSTNER, GLORIA C. LARSON, LIZABETH H. ZLATKUS, LUIS A. UBINAS, and KIMBERLY S. STEVENSON,<br><br>       Defendants. | Case No.: 1:21-cv-01480-DLC |

## **NOTICE OF VOLUNTARY DISMISSAL**

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants without prejudice. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: May 5, 2021

**OF COUNSEL:**

**BRODSKY & SMITH**
Marc L. Ackerman
Two Bala Plaza, Suite 805
Bala Cynwyd, PA 19004
Tel: (610) 667-6200
Email: mackerman@brodskysmith.com

**MONTEVERDE & ASSOCIATES PC**

*/s/ Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 202-7880
Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*